# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| MICHELE J. TALIAFERRO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-00279 |
| AVANT, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHELE J. TALIAFERRO                                                                                                .

Date:   07/27/2020

s:/ Omar T. Sulaiman
*Attorney's signature*

Omar T. Sulaiman #6322837
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

osulaiman@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*