UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHELE J. TALIAFERRO,<br><br>Plaintiff,<br><br>v.<br><br>AVANT, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:20-cv-00279-JTM-JEM |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Experian Information Solutions, Inc.**

Dated this 27th day of August, 2020.

Respectfully submitted,

*/s/ Logan C. Hughes*
Logan C. Hughes (#24953-53)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: 317-853-7367 /F: 317-228-0943
lhughes@reminger.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2020, I have caused a copy of the foregoing to electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Marwan R. Daher
Alexander J. Taylor
Omar T. Sulaiman
**SULAIMAN LAW GROUP, LTD.**
mdaher@sulaimanlaw.com
ataylor@sulaimanlaw.com
osulaiman@sulaimanlaw.com
*Counsel for Plaintiff*

                    */s/ Logan C. Hughes*
                    Logan C. Hughes (#24953-53)
                    **REMINGER CO., L.P.A.**