**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| MICHELE J. TALIAFERRO, | |
| Plaintiff, | Case No. 2:20-cv-00279-JTM-JEM |
| v. | Honorable Judge James T. Moody |
| AVANT, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Michele J. Taliaferro ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Avant, LLC only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 24th day of September 2020.

                                              Respectfully submitted,

                                              *s/ Marwan R. Daher*
                                              Marwan R. Daher
                                              Sulaiman Law Group, Ltd.
                                              2500 S. Highland Avenue, Suite 200
                                              Lombard, IL 60148
                                              Phone: (630) 575-8181
                                              mdaher@sulaimanlaw.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*s/ Marwan R. Daher*</u><br>
Marwan R. Daher