(COURT USE ONLY)

RECEIPT NO. [            ]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

MICHELE J. TALIAFERRO

v.

AVANT, LLC and EXPERIAN INFORMATION SOLUTIONS

Cause No.  2:20-cv-00279

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Party(s) Represented

Prefix (check one) ☐ Mr.  ☒ Ms.  ☐ Mrs.

**Last Name:** McQUEEN  **First Name:** ALLISON  **Middle Name/Initial:** LEIGH

**Generation (Sr, Jr, etc):**

**Firm Name:** JONES DAY

**Street Address:** 77 WEST WACKER DRIVE  **Suite/Room No.:** Suite 3500

**City:** CHICAGO  **State:** IL  **Zip:** 60601

**Office Telephone No.:** (312) 269-1541  **Fax No.:** (312) 782-8585

**E-Mail Address:** amcqueen@jonesday.com

**EDUCATION:**

**College:** Boston College  **Degree:** Bachelor of Arts  **Year Completed:** 2014

**Law School:** Notre Dame Law School  **Year Graduated:** 2018

**Other Post-Graduate Schooling:**

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2018 | Good Standing | 6330120 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court for the Northern District of Illinois | 2018 | Good Standing |
| U.S. District Court for the Western District of Wisconsin | 2020 | Good Standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Allison L. McQueen, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: November 5, 2020

*Allison L. McQueen*
**Signature of Applicant**

Print Form

Page 2 of 3

Considered and approved.

SO ORDERED.

Dated: _____    _____
                                  Judge, U. S. District Court

[Print Form]



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
11/5/2020

Re: Allison Leigh McQueen
Attorney No. 6330120

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Allison Leigh McQueen was admitted to practice law in Illinois on 11/8/2018; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar